IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

STEPHEN FINNER

                              CASE NO. 1:19-cv-2766

Plaintiff,

vs.

CREDIT SOLUTIONS CORP.

    Defendants

---

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, by undersigned counsel, dismisses the above-captioned case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

                              /s Wendell Finner
                              WENDELL FINNER, Bar No. 04379
                              One East Chase Street, Suite 1109
                              Baltimore, Maryland 21202
                              (410) 929-2440
                              (410) 449-1170 fax
                              himself@wendellfinner.com
                              *Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was sent via first class mail, postage prepaid, to Credit Solutions Corp., defendant, this 18th day of December, 2019.

                              /s Wendell Finner