IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

STEPHEN FINNER

Plaintiff,

CASE NO. 1:19-cv-2766

vs.

CREDIT SOLUTIONS CORP.

Defendants

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, by undersigned counsel, dismisses the above-captioned case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

/s Wendell Finner
WENDELL FINNER, Bar No. 04379
One East Chase Street, Suite 1109
Baltimore, Maryland 21202
(410) 929-2440
(410) 449-1170 fax
himself@wendellfinner.com
*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was sent via first class mail, postage prepaid, to Credit Solutions Corp., defendant, this 18th day of December, 2019.

/s Wendell Finner

Request **GRANTED** this 18th day of December, 2019.

Richard D. Bennett
U.S. District Judge